UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONG QUAN,

        Plaintiff,

   v.

BAM TRADING SERVICES, INC.,

        Defendant.

Case No. 23-cv-05215-AGT

**ORDER TO SHOW CAUSE**

Defendant filed a motion to dismiss on November 16, 2023, and the plaintiff's response was due on November 30, 2023, pursuant to Civil Local Rule 7-3(a). *See* Dkt. 8. Plaintiff did not file a timely opposition or a statement of non-opposition, nor did plaintiff seek any additional time to file a response. Defendant filed a reply on December 7, 2023, noting in part that the motion was unopposed. Dkt. 12.

Plaintiff is ordered to file a response to this order, by January 9, 2024, to show cause explaining why an opposition or statement of non-opposition was not timely filed.

    **IT IS SO ORDERED.**

Dated: January 4, 2024

Alex G. Tse
United States Magistrate Judge