UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG QUAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAM TRADING SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-05215-AGT<br><br>**ORDER**<br>Re: Dkt. No. 18 |

In response to the Court's order to show cause at Dkt. 15, Plaintiff states that "the parties agree that Plaintiff probably opened the account with Defendant's parent company Binance.com," and "the parties agreed that once it's confirmed that Defendant was not involved [in freezing the account], Plaintiff would dismiss Defendant from the case."  Dkt. 18 ¶ 2.

To the extent Defendant wishes to comment or has anything to add to the Plaintiff's submission at Dkt. 18, Defendant may file a response by January 23, 2024.  After that date, the pending motion to dismiss will be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated: January 16, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge